1004

No. 723. F. & D. Rentals, Inc. v. Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied. *John L. Carey* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Melva M. Graney* and *Carolyn R. Just* for respondent. 

No. 727. Stayner v. United States. C. A. 2d Cir. Certiorari denied. *Jerome B. Tobias* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 729. Royal Netherlands Steamship Co. v. Strachan Shipping Co.; and
No. 741. Strachan Shipping Co. v. Royal Netherlands Steamship Co. C. A. 5th Cir. Certiorari denied. *William M. Kimball* for petitioner in No. 729 and for respondent in No. 741. *E. D. Vickery* for petitioner in No. 741 and for respondent in No. 729. Reported below: 362 F. 2d 691.

No. 731. Local Union No. 542-A, -B, -C, International Union of Operating Engineers, AFL-CIO v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. 

No. 733. Prusa et al. v. Cermak et al. Sup. Ct. Okla. Certiorari denied. *Clyde V. Collins* for petitioners. *Paul W. Cress* for respondents.

No. 737. Bloomfield Steamship Co. v. United States. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioner. *Solicitor General Marshall* for the United States.